JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORNA AVITAL, <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA; DAUGHTERS OF CHARITY HEALTH SYSTEM FLEXIBLE BENEFITS PLAN, and DOES 1 to 10, Inclusive, <br><br> Defendant. | Case No.: 2:15-cv-06267-R-FFM <br><br> **ORDER ON STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

## ORDER

The parties having so stipulated, IT IS HEREBY ORDERED that the captioned action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The parties shall each bear their own respective attorney fees and costs of suit.

IT IS SO ORDERED.

DATED: January 15, 2016

_____
The Honorable MANUEL L. REAL
United States District Court Judge